# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:18-cv-172-MOC

| | |
|---|---|
| AMY L. HARTLEY, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )     **ORDER**<br>) |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security,** | )<br>)<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand to Social Security Administration. (Doc. No. 18). In support of the motion, Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision and remanding the case for further administrative proceedings.

### ORDER

**IT IS HEREBY ORDERED** that Defendant's Consent Motion to Remand to Social Security Administration, (Doc. No. 18), is **GRANTED**. This Court hereby reverses the Commissioner's decision and, under section four of 42 U.S.C. § 405(g), this Court remands the case to the Commissioner for further proceedings. To this extent, the pending Motion for Summary Judgment, (Doc. No. 11), shall be terminated as no longer pending.

Signed: May 1, 2019



Max O. Cogburn Jr
United States District Judge