# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| AMY L. HARTLEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00172-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | **)** | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2019 Order.

May 1, 2019

_____
Frank G. Johns, Clerk
United States District Court